1  GREGORY A. BEDELL (admitted *pro hac vice*)
   **KNABE, KRONING & BEDELL**
2  Two First National Plaza
3  20 South Clark Street, Suite 2301
   Chicago, Illinois 60603
4  **gbedell@kkbchicago.com**
5  Telephone: (312) 977-9119
   Facsimile: (312) 977-9009
6

7  MICHAEL J. LARIN (SBN 77116))
   **LYNBERG & WATKINS**
8  1150 S. Olive Street, Suite 1800
9  Los Angeles, California 90015
   **mlarin@lynberg.com**
10 Telephone: (213) 624-8700
11 Facsimile: (213) 892-2763
12 Attorneys for Defendant and Counter-Claimant, EVANGER'S DOG AND CAT FOOD CO., INC. and Defendant NUTRIPACK, LLC

13
14                     UNITED STATES DISTRICT COURT
15                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  PARTY ANIMAL, INC., | Case No. 2:17-cv-03422-PSG-FFM |
| 17                 Plaintiff, | (Assigned to Hon. Philip S. Gutierrez, Courtroom 6A) |
| 18       vs. | |
| 19  EVANGER'S DOG AND CAT FOOD CO., INC., an Illinois Corporation; NUTRIPACK, LLC, an Illinois Limited Liability Company; and DOES 1 through 100, inclusive, | **AMENDED DECLARATION OF GREGORY A. BEDELL IN SUPPORT OF DEFENDANTS EVANGER'S DOG AND CAT FOOD., INC. AND NUTRIPACK, LLC'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO SEAL** |
| 23                 Defendants. | |
| 24 | |
| 25 | Date:   February 10, 2020<br>Time:   1:30 p.m.<br>Dept:   6A |
| 26 | |
| 27 | Complaint filed: 05/05/2017<br>Trial: 03/31/2020 |

28 **DEC. OF GREGORY A. BEDELL IN SUPPORT OF DEFENDANTS EVANGER'S DOG AND CAT FOOD CO., INC. AND NUTRIPACK, LLC'S MOT. SUMMARY JUDGMENT**
Case No. 2:17-cv-03422-PSG-FFM
PAGE 1 OF 5

AND ALL RELATED ACTIONS.

I, GREGORY A. BEDELL, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois since May 1985. I am also admitted in the State of New York, the United States District Court for the Northern District of Illinois, the United States Appellate Court for the Seventh Circuit and the United States Supreme Court; I have also appeared in numerous courts *pro hac vice* including the United States District Court for the District of Arizona, United States District Court for the District of Minnesota, United States District Court for the Northern District of Indiana, and United States District Court for the Western District of Washington. I graduated from law school in August, 1984.

2. I am one of the attorneys for the Defendants in this case and have been admitted *pro hac vice* before this Court. I have personal knowledge of the matters set forth herein; if called as a witness, I could competently and verily testify thereto.

3. Attached hereto as Exhibit "A" are various billing invoices from Nutripack LLC to Plaintiff Party Animal, Inc. and were documents produced in this case and used in deposition. True and correct copies of the subject billing invoices are attached hereto as Exhibit "A."

4. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's Supplemental Responses to Defendant Evanger's Dog and Cat Food Co., Inc.'s Interrogatories, Set One that was served on Defendants.

5. Attached hereto as Exhibit "C" is a March 29, 2017 letter from Chelsea Sher of NutriPack, to Distributors and was a document produced in this case and used in deposition. True and correct copies of the subject letter is attached hereto as Exhibit "C."

6. The transcripts of depositions offered as exhibits with the Motion for Summary Judgment of EVANGER'S DOG AND CAT FOOD COMPANY, INC., ("Evanger's") and defendant NUTRIPACK, LLC, ("Nutripack" and collectively "Defendants") are, to the best of my knowledge and belief, true and accurate copies of the depositions transcribed.

7. The depositions, which involved officers of plaintiff PARTY ANIMAL, INC. ("PA"), contain testimony relating to the formulas and formulation of PA's products, the internal business processes, strategies, and financial issues of PA. Because of this, many portions of the deposition were designated "confidential" and are subject to the Protective Order in this case [Document 108].

8. On November 12, 2019, the Deposition of Shawna Abrams was conducted at Martorell Law PC Los Angeles before a certified reporter. A written transcript of that deposition was made and sent to me by TSG Reporting. Attached hereto is a true and correct copy of said deposition transcript as Exhibit "D."

9. On September 25, 2019, the deposition of Daryl Abrams was conducted at Martorell Law PC Los Angeles before a certified reporter. A written transcript of that

deposition was made and sent to me by TSG Reporting.  Attached hereto is a true and correct copy of said deposition transcript as Exhibit "E."  The testimony in this transcript has been designated as confidential and is subject to the Protective Order.

10. On November 11, 2019, the second session of the deposition of Daryl Abrams was conducted at Martorell Law PC Los Angeles before a certified reporter.  A written transcript of that deposition was made and sent to me by TSG Reporting.  Attached hereto is a true and correct copy of said deposition transcript (Volume II) as Exhibit "F."  The testimony in this transcript has been designated as confidential and is subject to the Protective Order.

11. On November 26, 2019, the deposition of Mark Boonark was conducted at Martorell Law PC Los Angeles before a certified reporter.  A written transcript of that deposition was made and sent to me by TSG Reporting.  Attached hereto is a true and correct copy of said deposition transcript as Exhibit "G."

12. On December 2, 2019, the deposition of Brad Kriser was conducted at Martorell Law PC Los Angeles before a certified reporter.  A written transcript of that deposition was made and sent to me by TSG Reporting.  Attached hereto is a true and correct copy of said deposition transcript as Exhibit "H."

13. Because of the confidential designations, and good cause appears thereon, the Defendants will be moving in a separate application, concurrently with the filing of the motion, for leave to file the transcripts under seal.

14. Prior to filing Defendants' Motion for Summary Judgment, on December 19, 2019, I conferred about the issues and the relief sought therein with Jean-Paul LeClercq, PA's counsel, pursuant to Local Rule 7-3. Despite counsels' best efforts, we were not able to reach a resolution necessary to eliminate the necessity of filing this motion.

I declare under penalty of perjury under the laws of the State of Illinois and the United States of America that the foregoing is true and correct.

**EXECUTED** at Chicago, Illinois, this 21th day of December, 2019.

KNABE, KRONING & BEDELL

s/ Gregory A. Bedell
Gregory A. Bedell, Ill. #6189762 (*Pro Hac Vice*)
*Attorney for Defendants*
33 North Dearborn Street
10th Floor
Chicago, IL 60603
gbedell@kkbchicago.com

**DEC. OF GREGORY A. BEDELL IN SUPPORT OF DEFENDANTS EVANGER'S DOG AND CAT FOOD CO., INC. AND NUTRIPACK, LLC'S MOT. SUMMARY JUDGMENT**
Case No. 2:17-cv-03422-PSG-FFM
PAGE 5 OF 5