UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 17-03422-MEMF-(FFMx) | Date | July 13, 2023 |
|---|---|---|---|
| Title | Party Animal Inc. v. Evanger's Dog and Cat Food Co., Inc., et al. | | |

PRESENT: <u>Honorable Maame Ewusi-Mensah Frimpong
United States District Judge</u>

| <u>Kelly Davis</u> | <u>Phyllis Preston (via Zoom)</u> |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff:<br>(via Zoom)<br>Eduardo Martorell<br>Jean-Paul Le Clercq | Attorneys Present for Defendant:<br>(via Zoom)<br>Gregory Bedell<br>Michael Larin |
|---|---|

**PROCEEDINGS:   STATUS CONFERENCE (Held and Completed)**

Case called. Court confers with counsel. The Status Conference is held. Counsel are ORDERED to meet and confer, e-file, and email to Chambers by <u>Friday, July 14, at 12:00 pm</u>: (1) the Bench Trial Witness List; and (2) the Bench Trial Exhibit List.   As discussed, the Bench Trial Exhibit List shall include all of the exhibits currently listed in the Joint Exhibit List at ECF No. 428.

The Revised Second Amended Exhibit List columns shall be as follows:
- Exhibit No.
- Description
- Previously Admitted in Jury Trial? (Include a check mark if yes, otherwise leave blank)
- To be used in Bench Trial? (Include a check mark if yes, otherwise leave blank)
- Objections
- Response to Objections
- Stipulation to Admissibility? (Include a check mark if yes, otherwise leave blank)
- Date ID'd (leave blank)
- Date Admitted (leave blank)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 17-03422-MEMF-(FFMx) | Date | July 13, 2023 |
| Title | Party Animal Inc. v. Evanger's Dog and Cat Food Co., Inc., et al. | | |

In addition, the parties should note (with an asterisk in the Exhibit No. column) if an exhibit is to be treated as confidential.

    The Court ORDERS counsel to email Chambers, in Word version, the parties' respective Proposed Findings of Facts and Conclusions of Law by Friday, July 14, at 12:00 pm.

    The Court orders counsel to email to Chambers, in PDF form, by Friday, July 14, at 12:00 pm, Exhibits 385 and 386, which the Court understands were not provided to the Court during the Jury Trial.

    The Court orders counsel to bring to Court Monday, July 17, 2023, at 9am, binder-ready hard copies of Exhibits 385 and 386.

    Plaintiff advised the Court that they have served a Rule 45 Trial Subpoena on the Defendants for documents to be produced at trial. Plaintiff requested that the Court order Defendants to produce the documents by July 14, 2023 instead. The request is DENIED.

    Plaintiff's Request for Entry of Judgment [430] is DENIED without prejudice.

                                                                                      : 45

                                          Initials of Deputy     kd
                                          Clerk